**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
HILARY BEST,

                        Petitioner,                  24 **CIVIL** 7830 (JGK)

     -against-                                      **JUDGMENT**

UNITED STATES OF AMERICA,

                        Respondent.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 23, 2024, Best's petition for a writ of habeas corpus on behalf of Combs is dismissed without prejudice; According, the case is closed.

**DATED:**  New York, New York
             October 24, 2024

                                                    **DANIEL ORTIZ**
                                           **Acting Clerk of Court**

                       **BY:**      _[signature]_
                                              **Deputy Clerk**