*Post Office Box 751072*
*Forest Hills, NY 11375*
*Tel. (718) 807-4205*
*best-paralegal@hotmail.com*

October 23, 2024

Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      RE: Best on Behalf of Combs, Docket No. 24-CV-07830 (JGK)(RFT)

Dear Judge Koeltl:

      In view of the pretrial release from federal custody of former Abercrombie & Fitch CEO Mike Jeffries on a 10-million-dollar bond, having criminal charges similar to Mr. Combs, I respectfully request that the Court schedule an immediate hearing on the constitutional claims raised by the petition herein for federal habeas corpus relief, since it could be viewed as racial discrimination that Mr. Jeffries, being Caucasian, was granted pretrial release, whereas Mr. Combs, who is not Caucasian, has been arbitrarily denied pretrial release, in violation of the 5th, 6th, and 13th Amendments to the United States Constitution.

Sincerely,

*/s/ H.J. Best*

Mr. Hilary Best
Petitioner *pro se*

---

*[Handwritten note:]* Application denied. The Court has dismissed this case. A copy of this Order should be mailed to the pro se plaintiff and the mailing should be noted on the docket. So ordered.

*/s/ JGKoeltl*
USDJ
10/31/24

*[Stamp:]* 2024 OCT 23 PM 3:06 SDNY PRO SE OFFICE RECEIVED